IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>       Plaintiffs,<br>  v.<br><br>LISA P. JACKSON,[1/] Administrator, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>       Defendants. | Case No. 1:08-cv-01795 PLF<br>(Judge Paul L. Friedman) |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiffs Environmental Defense Fund and National Parks Conservation Association ("Plaintiffs") served the Complaint in this action on October 31, 2008, alleging that Defendant Stephen L. Johnson (who has since been succeeded by Lisa P. Jackson as noted above), Administrator, United States Environmental Protection Agency (hereinafter, "EPA") had failed to perform a non-discretionary duty under section 110(k)(1)(B) of the Clean Air Act ("CAA"), 42 U.S.C. § 7410(k)(1)(B), to determine whether each of the states have submitted haze SIPs satisfying the completeness criteria promulgated by EPA under CAA section 7410(k)(1)(A), 42 U.S.C. § 7410(k)(1)(A); and

WHEREAS, on January 9, 2009, EPA issued its findings concerning whether each of the states have submitted haze SIPs satisfying the completeness criteria, and EPA published those findings in the Federal Register on January 15, 2009;

THEREFORE, IT IS HEREBY STIPULATED by and between all parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), as follows:

---

[1/] Lisa Jackson is automatically substituted for her predecessor, Stephen L. Johnson, as Defendant pursuant to Federal Rule of Civil Procedure 25(d).

1. All claims against EPA in the Complaint filed herein are hereby dismissed as moot; and

2. Pursuant to Local Rule LCvR 54.1 and LCvR 54.2, Plaintiffs have 20 days following the Court's entry of an order dismissing this action to file an application for costs or fees. EPA reserves any and all defenses to such an application.

The parties further agree to submit a Proposed Order stating the above terms of dismissal.

SO STIPULATED on this 28th day of January 2009.

FOR PLAINTIFFS:

By: /s/ *Jennifer C. Chavez*
JENNIFER C. CHAVEZ, D.C. Bar No. 493421
Earthjustice
1625 Massachusetts Av., NW, Suite 702
Washington, D.C. 20036-2243
(202) 667-4500 (tel.)
(202) 667-2356 (fax)
E-mail: jchavez@earthjustice.org

FOR DEFENDANTS:

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

By: /s/ Brian H. Lynk
BRIAN H. LYNK, D.C. Bar No. 459525
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-6187 (tel.)
(202) 514-8865 (fax)
E-mail: brian.lynk@usdoj.gov